IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| PHILLIP and NEOMA ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a subsidiary of Bank of America a/k/a BAC HOME LOANS SERVICING LP f/k/a COUNTRYWIDE HOME LOANS SERVICING LP, and JOHN DOES I-X,<br><br>Defendants. | CV 17–161–M–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 1st day of February, 2019.

Donald W. Molloy, District Judge
United States District Court